J. EVANS GITTINGS, Appellant, *v.* WILLIAM H. RUSSEL, Respondent.

*Gittings* v. *Russel,* 114 App. Div. 405, affirmed.
(Submitted January 8, 1907; decided January 22, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1906, which affirmed an order of Special Term vacating a judgment heretofore entered in the above-entitled action by default on the ground of lack of jurisdiction.

The following question was certified :

"Were the warrant of attachment and the notice served by the sheriff sufficient to give to the Trust Company of

America notice that the defendant herein had an individual interest in the estate of Kate B. Russel, William H. Russel, Administrator, and was an effective levy made?"

*Henry M. Earle* and *William Steele Grey* for appellant.

*Cyrus C. Miller* and *Charles B. Bretzfelder* for respondent.

Order affirmed, with costs, on opinion below. Question certified answered in the negative.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.